June 11, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE HARRIS COUNTY APPRAISAL DISTRICT, Appellant

NO. 14-15-00150-CV                    V.

CLEAR LAKE OFFICE PARTNERS, LLC AND METRO CLEAR LAKE
OFFICE PARTNERS, LLC, Appellees

_____

Today the Court heard the parties' joint motion to set aside the judgment signed by the court below on January 22, 2015. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.